1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1807-BTM |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | DATE:      July 13, 2007 |
| LINDA MARLENE HARFERT, | ) | TIME:      8:30 a.m. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be

continued from July 13, 2007, at 8:30 a.m., to August 24, 2007, at 8:30 a.m.

DATED:  July 11, 2007

_Barry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge